**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CW BAICE LIMITED,** | CASE NO: 4:20-CV-3526-YGR |
| Petitioner, | **ORDER TERMINATING THE CASE** |
| vs. | |
| **THE WISDOMOBILE GROUP LIMITED, ET AL.,** | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Having dissolved the injunction and ordered transfer of the underlying funds, the Court views the action as resolved. Accordingly, this case is hereby **TERMINATED** and the clerk of the court is instructed to close it.

If any party believes the action should remain pending, they shall petition the Court to reopen by no later than **August 31, 2023**.

**IT IS SO ORDERED.**

Dated: August 23, 2023

_____
**YVONNE GONZÁLEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**